1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DC Bar No. 457643)
3  Chief, Civil Division
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6925
6       FAX: (415) 436-6748
        Sara.winslow@usdoj.gov
7
   Attorneys for Defendants
8
   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

   SAN JOSE DIVISION

| ADALAITI SHAWUTI, | Case No. 20-cv-00177 NC |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b) and ORDER** |
| CHAD F. WOLF, in his Official Capacity as Acting Director of the Department of Homeland Security, et al., | |
| Defendants. | |

Subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate her application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed.

2. USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application unless and until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359

Stipulation to Remand
C 20-00177 NC                                1

F.3d 1144, 1160 (9th Cir. 2004) (accord).

3. The Court shall remand this case to USCIS, 1450 Coleman Ave, Santa Clara, CA 95050, directing the agency to take any and all necessary actions, and to issue a decision on Plaintiff's application for naturalization within 30 days of the remand order. Based on the information now available to it, USCIS sees no basis that precludes a grant of Plaintiff's application for naturalization. However, Plaintiff acknowledges her burden to establish and maintain eligibility for naturalization up to the time she has taken the oath of allegiance.

4. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth in paragraph 3 above, Defendants will not oppose any request by Plaintiff to this Court to vacate the remand order and thereby re-assert jurisdiction over Plaintiff's action pursuant to 8 U.S.C. § 1447(b).

5. Each party will bear their own costs and attorney fees.

Date: March 4, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

Dated: March 4, 2020

/s/
AMIR A. NAIM
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 5, 2020

NATHANAEL
United S...       ge

GRANTED
Judge Nathanael M. Cousins

Stipulation to Remand
C 20-00177 NC                        2